UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

MARYBETH MEYER-VAN ZEELAND
on behalf of herself and all
others similarly situated,

        Plaintiff,

v.

ADVANTECH MANUFACTURING, INC.,

        Defendant.

Case No. 18-cv-490

---

## JOINT MOTION FOR PRELIMINARY APPROVAL
## OF CLASS ACTION SETTLEMENT

---

The parties, by and through their undersigned counsel, hereby moves this Court for:

(1) An Order preliminarily approving the Settlement Agreement, attached as Exhibit A to the Memorandum of Law in Support of this Motion;

(2) An Order granting the parties' Joint Stipulation for Conditional Class Certification of the 29 U.S.C. 216(b) Collective Class and authorizing the mailing of the Notice and Consent forms attached as Exhibits 1-2 to the parties' Settlement Agreement;

(3) An Order granting the parties' Joint Stipulation for Class Certification pursuant to Fed. R. Civ. P. 23;

(4) An Order granting the parties' Joint Stipulation for designation of Walcheske & Luzi, LLC as class counsel for the Fed. R. Civ. P. 23 Class and 29 U.S.C. 216(b) Collective Class ("Class Counsel");

(5) An Order directing Class Counsel to make an application for reimbursement of reasonable attorneys' fees, costs, and litigation expenses in an amount not to exceed $35,000.00 no later than twenty-one (21) calendar days prior to the fairness hearing; and

(6) An Order granting the parties' Joint Stipulation for designation of the Named Plaintiff, Marybeth Meyer-Van Zeeland, as representative for the Fed. R. Civ. P. 23 Class and 29 U.S.C. 216(b) Collective Class ("Class Representative").

For the reasons outlined in the memorandum of law filed herewith, the parties believe that the Settlement Agreement provides for a fair, reasonable, and adequate resolution of the disputes between the parties and respectfully request that the Court grant preliminary approval of the settlement.

Respectfully submitted,

Dated: January 4, 2019.   Dated: January 4, 2019.

*Electronically signed by:*   *Electronically signed by:*

*s Scott S. Luzi*   *s/ Ann Barry Hanneman*

Scott Luzi, SBN 1067405
Attorneys for Plaintiff, Marybeth Meyer-Van Zeeland, on behalf of herself and on behalf of all others similarly situated
Walcheske & Luzi, LLC
15850 W. Bluemound Road
Suite 304
Brookfield, WI 53005-6008
(262) 780-1953 (office)
(262) 565-6469 (facsimile)
E-mail: sluzi@walcheskeluzi.com
32371887_1.DOCX

Ann Barry Hannneman, SBN 1008899
Attorney for Defendant, Advantech Manufacturing, Inc.
von BRIESEN & ROPER, s.c.
20975 Swenson Drive
Suite 400
Waukesha, WI 53186
(262) 923-8652 (office)
(262) 888-1789 (facsimile)
E-mail: ahanneman@vonbriesen.com