UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MARYBETH MEYER-VAN ZEELAND,
on behalf of herself and all others similarly situated,

        Plaintiff,

v.                                  Case No. 18-cv-490-pp

ADVANTECH MANUFACTURING, INC.,

        Defendant.

---

## ORDER DISMSSING CASE

On January 17, 2019, the court entered an order, dkt. no. 22, granting, among other things, the parties' joint motion for preliminary approval of settlement, dkt. no. 16, and finding that the parties' settlement agreement, dkt. no. 17-1, was a fair, reasonable, and adequate, resolution of a *bona fide* dispute between the parties.

On April 16, 2019, the court conducted a fairness hearing regarding final approval of the parties' settlement. Dkt. Nos. 34, 35. At the fairness hearing, Attorney Scott S. Luzi of Walcheske & Luzi, LLC ("class counsel") represented Marybeth Meyer-Van Zeeland, on behalf of herself and all other similarly situated, and Attorney Ann Barry Hanneman of von Briesen & Roper, s.c. defendant, represented Advantech Manufacturing, Inc.

The court **FINDS** that the parties' settlement agreement, dkt. no. 17-1, is a fair, reasonable, and adequate resolution a *bona fide* dispute between the parties, and **ORDERS** the parties to comply with its terms and provisions.

The court **APPROVES** the plaintiff's request for a service award in the amount of $1,000.00.

The court **APPROVES** class counsel's application for reimbursement of reasonable attorneys' fees, costs, and litigation expenses in an amount not to exceed $35,000.00.

For the purposes of settlement, the court **CERTIFIES** the following opt-in settlement class under 29 U.S.C. §216(b):

> All persons who are or have been employed by Advantech Manufacturing, Inc. as an hourly employee between March 28, 2016 and March 28, 2018 who claim they have not been compensated for all hours worked as a result of Advantech Manufacturing, Inc.'s policy and practice.

For the purposes of settlement, the court **CERTIFIES** the following settlement class under Rule 23 of the Federal Rules of Civil Procedure:

> All persons who are or have been employed by Advantech Manufacturing, Inc. at its Wisconsin location as an hourly employee between March 28, 2016 and March 28, 2018 who claim they have not been compensated for all hours worked as a result of Advantech Manufacturing, Inc.'s policy and practice.

The court **DISMISSES** this case on the merits and with prejudice.

Dated in Milwaukee, Wisconsin this 18th day of April, 2019.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**