UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MARYBETH MEYER-VAN ZEELAND,
on behalf of herself and all others similarly situated,

       Plaintiff,

  v.

ADVANTECH MANUFACTURING, INC.,

       Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 18-cv-490-pp

---

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that judgment is entered in favor of the plaintiff and against the defendant in the amount of $36,959.32.

    **THE COURT ORDERS** that the defendant shall pay to the named plaintiff the amount of $1,000.00 as a service fee; the defendant shall pay to plaintiff's counsel the amount of $35,000.00 in attorney fees and costs; the defendant shall pay to the settlement fund the amount of $959.32.

    **THE COURT ORDERS** that this case is **DISMISSED**.

    Approved and dated in Milwaukee, Wisconsin this 18th day of April, 2019.

                                  **BY THE COURT:**

                                  **HON. PAMELA PEPPER**
                                  **United States District Court**

                                  STEPHEN C. DRIES
                                  Clerk of Court

                                  s/ *Cary Biskupic*
                                  (by) Deputy Clerk